Honorable Marsh J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ERIC EPSTEIN,<br><br>     Plaintiff,<br><br>     vs.<br><br>USAA GENERAL INDEMNITY COMPANY and UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>     Defendants. | No. 2:22-cv-00684-MJP<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE TO ANSWER COMPLAINT** |

## **STIPULATION**

The parties, by and through their respective counsel of record, stipulate and move that the deadline for the filing of an answer to plaintiff's complaint by defendants USAA General Indemnity Company and United Services Automobile Association shall be continued to July 14, 2022. The parties also stipulate the Order below may be entered.

//

//

//

//

STIPULATED MOTION TO CONTINUE DEADLINE TO ANSWER COMPLAINT – 1
CAUSE NO. 2:22-cv-00684

3249889 / 1261.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 15th day of June, 2022.

| TERRELL MARSHALL LAW GROUP PLLC | MEHRI & SKALET PLLC |
|---|---|
| s/Beth E. Terrell<br>Beth Terrell, WSBA #26759<br>Toby Marshall, WSBA #32726<br>Elizabeth Adams, WSBA #49175<br>936 N 34th St., Suite 300<br>Seattle, WA 98103<br>Phone: 206-816-6603<br>Email: bterrell@terrellmarshall.com<br>         tmarshall@terrellmarshall.com<br>         eadams@terrellmarshall.com | s/Paul S. Smith; with Authority<br>Jay Angoff, *Pro Hac Vice*<br>Michael Lieder, *Pro Hac Vice*<br>Autumn Clark, *Pro Hac Vice*<br>2000 K St. NW, Suite 325<br>Washington, DC 20006<br>Phone: 202-822-5100<br>Email: jay.angoff@findjustice.com<br>         mlieder@findjustice.com<br>         aclarke@findjustice.com |
| FORSBERG & UMLAUF, P.S. | CONSUMER WATCHDOG |
| s/Paul S. Smith<br>Kimberly A. Reppart, WSBA #30643<br>Paul S. Smith, WSBA #28099<br>901 5th Ave., Suite 1400<br>Seattle, WA 98040<br>Phone: 206-689-8500<br>Email: kreppart@foum.law<br>         psmith@foum.law | Ryan Mellino, *Pro Hac Vice*<br>Harvey Rosenfield, *Pro Hac Vice*<br>6330 San Vincente Blvd., Suite 250<br>Los Angeles, CA 90048<br>Phone: 310-392-0522<br>Email: ryan.m@consumerwatchdog.org<br>         harvey@consumerwatchdog.org |

STIPULATED MOTION TO CONTINUE DEADLINE TO ANSWER
COMPLAINT – 2
CAUSE NO. 2:22-cv-00684

3249889 / 1261.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

It is so ordered.

*Marsha J. Pechman* (signature)

Honorable Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO CONTINUE DEADLINE TO ANSWER
COMPLAINT – 3
CAUSE NO. 2:22-cv-00684

3249889 / 1261.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX