UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC EPSTEIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>USAA GENERAL INDEMNITY COMPANY and UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>　　　　　Defendants. | No. 2:22-cv-00684-MJP<br><br>**STIPULATED MOTION TO CONTINUE DEADLINES RE: DEFENDANTS' MOTION TO DISMISS, DKT #28** |

## **PROCEDURAL STATUS**

Defendants USAA General Indemnity Company and United Services Automobile Association filed their Motion to Dismiss and/or Strike Portions of Class Action Complaint with this Court on July 14, 2022, DKT #28. Defendants' motion is noted for hearing August 12, 2022.

The parties have stipulated to extend the deadlines for the opposition and reply briefs relating to the pending Motion by two court days each. Plaintiff's opposition is currently due August 8, 2022 and the parties stipulate that deadline shall be continued to August 10, 2022. Defendants' reply is currently due August 12, 2022 and the parties stipulate that deadline shall be continued to August 16, 2022.

STIPULATED MOTION TO CONTINUE DEADLINES RE: DEFENDANTS' MOTION TO DISMISS, DKT #28 – 1
CAUSE NO. 2:22-cv-00684

3284230 / 1261.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# STIPULATION

The parties, by and through their respective counsel of record, stipulate and move that the deadlines for filing the opposition and reply in connection with Defendants pending Motion to Dismiss shall each be continued by two court days. The parties also stipulate the Order below may be entered.

DATED this 4th day of August, 2022.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | MEHRI & SKALET PLLC |
| *s/Beth Terrell on behalf of Plaintiff* <br> Beth Terrell, WSBA #26759 <br> Toby Marshall, WSBA #32726 <br> Elizabeth Adams, WSBA #49175 <br> 936 N 34th St., Suite 300 <br> Seattle, WA 98103 <br> Phone: 206-816-6603 <br> Email: bterrell@terrellmarshall.com <br> tmarshall@terrellmarshall.com <br> eadams@terrellmarshall.com | *s/Beth Terrell on behalf of Plaintiff* <br> Jay Angoff, *Pro Hac Vice* <br> Michael Lieder, *Pro Hac Vice* <br> Autumn Clarke, *Pro Hac Vice* <br> 2000 K St. NW, Suite 325 <br> Washington, DC 20006 <br> Phone: 202-822-5100 <br> Email: jay.angoff@findjustice.com <br> mlieder@findjustice.com <br> aclarke@findjustice.com |
| FORSBERG & UMLAUF, P.S. | CONSUMER WATCHDOG |
| *s/Paul S. Smith* <br> Kimberly A. Reppart, WSBA #30643 <br> Paul S. Smith, WSBA #28099 <br> 901 5th Ave., Suite 1400 <br> Seattle, WA 98040 <br> Phone: 206-689-8500 <br> Email: kreppart@foum.law <br> psmith@foum.law | *s/Beth Terrell on behalf of Plaintiff* <br> Ryan Mellino, *Pro Hac Vice* <br> Harvey Rosenfield, *Pro Hac Vice* <br> 6330 San Vincente Blvd., Suite 250 <br> Los Angeles, CA 90048 <br> Phone: 310-392-0522 <br> Email: ryan.m@consumerwatchdog.org <br> harvey@consumerwatchdog.org |

STIPULATED MOTION TO CONTINUE DEADLINES RE: DEFENDANTS' MOTION TO DISMISS, DKT #28 – 2
CAUSE NO. 2:22-cv-00684

3284230 / 1261.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

It is so ordered.

Dated August 5, 2022.

*[signature]*

Honorable Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO CONTINUE DEADLINES RE: DEFENDANTS'
MOTION TO DISMISS, DKT #28 – 3
CAUSE NO. 2:22-cv-00684

3284230 / 1261.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX