# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC EPSTEIN,<br><br>                Plaintiff,<br><br>    v.<br><br>USAA GENERAL INDEMNITY COMPANY and UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-684 MJP |

___     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated October 19, 2022.

                                                Ravi Subramanian
                                               Clerk of Court

                                               s/ Serge Bodnarchuk
                                               Deputy Clerk