UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC EPSTEIN, | CASE NO. C22-684 MJP |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| USAA GENERAL INDEMNITY COMPANY and UNITED SERVICES AUTOMOBILE ASSOCIATION, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Reconsideration, which seeks reconsideration of the Court's Order Granting Defendants' Motion to Dismiss (Dkt. No. 40). (Dkt. No. 42.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion.

"Motions for reconsideration are disfavored." Local Civil Rule 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or

a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Id.

Plaintiff has not identified any manifest error in the Court's Order. First, Plaintiff recasts his arguments about the interplay between the Washington Law Against Discrimination and the authority of the Office of the Insurance Commissioner that were presented (or could have been presented) in opposition to the Motion to Dismiss. (Compare Mot. at 1-4 with Pl. Opp. at 5-6 (Dkt. No. 33).) The Court considered and rejected these arguments and Plaintiff fails to demonstrate any manifest error in the Court's decision. Second, Plaintiff reargues the issue of whether his requested relief would require the Court to determine the reasonableness of the rates Defendants charge. (See Mot. at 4-6.) The Court carefully considered that issue and Plaintiff fails to identify any manifest error in the Order. (See Order at 7-9.) Third, Plaintiff argues that the Court wrongly concluded that his "deceptive practices" CPA claim ran afoul of the filed rate doctrine. (See Mot. at 8.) But Plaintiff offers no authority to support this argument. The Court carefully considered both of Plaintiff's CPA claims and his arguments in Opposition. The Court's Order explained the basis for its conclusion that the filed rate doctrine applies to both CPA claims and Plaintiff has not identified any manifest error in the Court's determination. (See Order at 7-9.) Given that Plaintiff has failed to identify any grounds for reconsideration, the Court DENIES the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 22, 2022.

Marsha J. Pechman
United States Senior District Judge